IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-HC-2131-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORMAN FOSTER, | ) | |
| | ) | |
| Respondent. | ) | |

This case comes before the court on respondent's motion (D.E. 34) to suppress the testimony

of Dale Arnold, Ph.D. The government has filed a response (D.E. 36) in opposition. Respondent

has failed to show he is entitled to the relief sought. Accordingly, respondent's motion (D.E. 34) is

DENIED.

SO ORDERED, this the 13th day of February 2011.

_____
James E. Gates
United States Magistrate Judge